THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BUTLER, JAMES BOLGER and ITALO FERDINANDI, Appellants.

(Argued October 6, 1930; decided October 21, 1930.)

*Charles R. Weeks, John R. Niesley* and *George A. Gibson* for James Butler, appellant.

*Thomas J. Cuff* and *Milton Pinkus* for James Bolger, appellant.

*James N. Gehrig, Jeremiah Wood* and *Ward Wilklow* for Italo Ferdinandi, appellant.

*Elvin N. Edwards,* District Attorney (*Philip Huntington* of counsel), for respondent.

Judgment of conviction affirmed as to each defendant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.